## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, E. Austin Wozniak, being duly sworn, depose and state that:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives (ATF) and have been so employed since September 1, 2013. I am currently assigned to the Boston Field Office.

2. I am a graduate of the Federal Law Enforcement Training Center, where I completed ATF Special Agent Basic Training and the Criminal Investigator Training Program. Prior to my employment with ATF, I was a police officer with the Dallas Police Department in Dallas, Texas for three years. I am a graduate of Marquette University where I received a Bachelor of Science in Accounting in 2010. I have participated in the investigation of human trafficking, crimes of violence, including robberies, assaults, and homicides, and made numerous arrests for firearms and violent offenses.

3. I was assigned to the Seattle, Washington, Field Office of ATF for approximately five years, where I worked with agents and other law enforcement agencies to target violent crime. I participated in or directed complex criminal investigations, utilized the National Integrated Ballistic Information Network (NIBIN) to identify violent offenders for prosecution, and helped create a task force of officers to investigate a series of highway shootings believed to be linked through ballistics evidence. In June 2019, I transitioned to the Albuquerque Field Office in Albuquerque, New Mexico, where I continued to conduct investigations related to firearms, narcotics, and violent crime. In March of 2021, I joined the Boston Field Division, where I am currently assigned.

## PURPOSE OF AFFIDAVIT

4. I submit this affidavit in support of an application for a criminal complaint charging Orland REYES, a/k/a "Snow," with attempted sex trafficking of a minor child, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2), and 1594(a).

5. The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. Information regarding the crime of human trafficking and its related practices and investigative knowledge is derived from Homeland Security Investigations Special Agents who specialize and work extensively in human trafficking cases involving the sex trade. This affidavit is intended to show there is probable cause for the requested criminal complaint and does not set forth all my knowledge about this matter. All times herein are approximate.

## PROBABLE CAUSE

### Background of the investigation

6. On October 24, 2023, ATF agents executed several search warrants in an unrelated firearms investigation. *See* 23-mj-4585-4588-DHH. The target of the investigation was Glenroy MILLER who was convicted of firearms offenses, mail theft, and bank fraud. *See* 24-cr-10010, 24-cr-10021, and 25-cr-10040-NMG. Pursuant to the search warrants mentioned above, agents searched MILLER's vehicle, cellphones, and residence. When agents stopped MILLER's vehicle, REYES was driving and the sole occupant of the vehicle. At the time, agents were unfamiliar with REYES. While detained, REYES repeatedly lied to investigators about his identity and the details about his activities prior to the stop. Investigators identified REYES and learned that he had outstanding arrest warrants. REYES was arrested. During a search of MILLER's cellphone, agents observed in plain view, numerous text messages between MILLER and REYES about their

sex trafficking activities. *See* 24-mj-4064, 4355, 4356-DHH.

7. During a search of MILLER's vehicle, agents seized three cellphones, later determined to belong to REYES. Agents sought and obtained search warrants to search each phone for further evidence of REYES' sex trafficking activities. *See* 24-mj-4064, 4355, 4356-DHH. Agents discovered numerous conversations between several different phone numbers and REYES. It was clear in these conversations that REYES was soliciting/enticing/encouraging the users of these phone numbers to engage in commercial sex for his own benefit. Agents were able to identify the users of these phone numbers and interview them about their commercial sex activities with REYES. Statements from one of these victims, Victim 20, forms the basis for the requested criminal complaint.[1] The following are derived from an interview with Victim 20 and text messages extracted from REYES' cellphone ending in -0227.

<u>Victim 20: REYES trafficked a minor child from New Hampshire to Massachusetts for the purposes of engaging in commercial sex.</u>

8. In June 2023, Victim 20 was 17 years old and living in Derry, New Hampshire with her family. In 2023, Victim 20 reconnected with a neighborhood friend (Victim 17) who was already being trafficked by REYES. Victim 17 described to Victim 20 that she was making money selling pictures of herself with "Snow," later identified as REYES. Victim 20 thought that she would meet with REYES to take explicit photos to sell.

9. On June 14, 2023, Victim 17 texted REYES, "My girl [Victim 20] coming to stay with me for a while, so I'm going to see if she's trying to jug it with me and you." Based on my

---

[1] I am aware of the identities of all the victims mentioned in this affidavit. Many victims, including Victim 20, have abused controlled substances. Based on this investigation, corroboration from other victims and text messages, I believe that Victim 20 is credible and reliable. Victim 20 is available to testify.

conversations with victims of sex trafficking that I have interviewed in this investigation, I am aware that a "jug" or a "date" is slang for engaging in a commercial sex transaction. Victim 17 then arranged for REYES to transport Victim 20 from Derry, New Hampshire to Boston. REYES asked if Victim 17 wanted to come pick-up Victim 20, but Victim 17 said, "I want you to be alone with her. Make her comfortable with you like you did with me so she will do jugs with n****s." Victim 17 told REYES that Victim 20 was 18-years-old, which was not true. As discussed below, Victim 20 informed REYES that she was 17-years-old.

10. Victim 17 provided REYES with Victim 20's phone number. REYES then texted directly with Victim 20 before REYES went to retrieve her from New Hampshire. After REYES picked-up Victim 20, he explained to her that she could also make some money by engaging in commercial sex. REYES dropped Victim 20 off at Victim 17's house in the Boston area and left. Victim 20 stated that Victim 17 explained to her how she was making money engaging in commercial sex.

11. The following day, Victim 20 asked REYES, "You know any way I can start making good money?" REYES indicated that he would meet Victim 20 and explain everything to her. Victim 20 stated that they did not meet that day.

12. On August 26, 2023, REYES texted Victim 20, "Trying to make some money?" Victim 20 responded, "I'm only doing head, that's it. I ain't fucking nobody or doing anything else." I believe that Victim 20 informed REYES that she would only engage in oral sex for money. Victim 20 asked REYES how much money she could make. REYES would not commit to an amount. REYES then assured her that he could pick-up Victim 20 at her home in Derry, New Hampshire and that she could stay with him in Boston. For the following days, REYES coached Victim 20 on the commercial sex trade, including details of how much money they could make,

her physical safety, and arranged for Victim 20 to send him photos of herself, specifically "Sexy ones that will hook guys. Thirst traps."

13.     On August 28, 2023, Victim 20 and REYES had the following conversation about Victim 20's age:

> Victim 20: I'm just going to be honest with you. I'm not 18 yet. I am exactly in 3 months, but I swear I'm fine to do this. Mom doesn't care that I'm out for however long and I literally turn 18 in 3 months. If I have to say I'm 18 to other people I will. But, I turn 18 in literally 3 months.
>
> REYES: Okay.
>
> Victim 20: That's okay with you?
>
> REYES: You sure?
>
> Victim 20: Positive.
>
> REYES: That you can stay out and do whatever you want?
>
> Victim 20: Yes. My mom don't care as long as I call her sometimes. To tell her I'm safe. She don't care.
>
> REYES: Okay.

14.     Following this conversation REYES arranged for an Uber to drive Victim 20 from Derry, New Hampshire to REYES' home in Boston. Once in REYES' apartment, Victim 20 stated that REYES took explicit photographs of her to show to potential sex buyers. Victim 20 became uncomfortable with the situation. REYES then informed Victim 20 that he would keep the majority of the money from the commercial sex acts. This made Victim 20 even more uncomfortable and feel "used." During the interaction, REYES asked Victim 20 to turn off her phone's location services, which made Victim 20 uncomfortable, and Victim 20 refused to do so. A short while later, two women and some men, who appeared to be REYES' friends or family, came into the apartment. Victim 20 stayed in one of the bedrooms while REYES hung out with

his guests in the living room. After about an hour, Victim 20 made up an excuse to return to New Hampshire and left her overnight bag in REYES' apartment (which she thought would assure REYES that she was coming back). Victim 20 arranged for a friend from New Hampshire to come and pick her up in Boston.

15. Around the beginning of September 2023, REYES and Victim 17 had a falling out. Victim 17 then informed Victim 20 not to talk with REYES anymore. Victim 20 sent the following text to REYES:

> I talked to [Victim 17] and she told me you took her money that she was making and raped her friend, and left someone stranded. So, I hope that's not true. I'm not saying it is. I'm asking you about it myself. I'm not doing this for YOU to make money. I'm doing it for me to make money and you wanted me to be straight forward. So, I am and I'm making it very clear that I'm not fucking anyone. I'm only giving head. So, it was weird that you didn't want me doing it while I was on my period because it wouldn't matter anyways. I'm using my mouth, not my pussy. And you might think I'm shy. I'm not. I'm just quiet and aware of my surroundings and I'm just saying I hope you would never put me in any harm or leave me somewhere and take advantage of me because if so, I'll find a different way to make money. Again, I'm not saying it's true and I don't know about these other girls. But you may have a lot of money and connections or whatever. And I'm not threatening you. I'm just warning you. My family is crazy, so I wouldn't even try to do anything that would hurt me. And I'm saying this respectfully.

16. In the following days, REYES berated Victim 20 about not trying hard enough to make money. Victim 20 told REYES that she wanted nothing to do with him. The conversation between Victim 20 and REYES appears to end during this time period.

Evidence of Additional Criminal Conduct

17. Based on a review of REYES' cellphones, agents have identified numerous other victims of REYES' sex trafficking scheme. Agents have also interviewed several victims who REYES solicited, encouraged, or enticed to engage in commercial sex acts for REYES' financial benefit. For example:

18. Victim 17 stated that she started "prostituting" for REYES when she was 17 years

old and living in New Hampshire. REYES kept the money from the commercial sex transactions. Victim 17 stated that in exchange, REYES bought her food, clothes, and took her to the nail salon. REYES arranged for Victim 17 to come to Massachusetts to engage in commercial sex acts on his behalf. Victim 17 knew that REYES arranged for these commercial sex acts through his phone, but was not aware of the specific details of how these "jugs" were arranged. While Victim 17 was engaged in commercial sex acts on behalf of REYES, he provided Victim 17 with alcohol and Percocet pills. REYES encouraged Victim 17 to take the Percocet because it would help her "feel better about the situation." Eventually, Victim 17 became dependent on REYES to provide her with Percocet and basic necessities. Victim 17 is corroborated by text messages extracted from REYES' phone. For example, on July 2, 2023, REYES and Victim 17 had the following conversation:

> REYES: Yo. I got a jug for a band. WYA [where are you at?]. It's a regular. Easy band two hours.
>
> Victim 17: I'm in NH.
>
> REYES: Trying to bust a jug for a band. I'll come get you. WYA. You still in NH?

By the end of July 2023, Victim 17 started pushing back against REYES' exploitation of her. For example, on July 12, 2023, Victim 17 and REYES had the following conversation:

> Victim 17: A pimp that don't make no money. Never heard of those.
>
> REYES: [Victim 17], I did everything for you when you was next to me. Broke bitch. You never seen a band [$1,000] bitch.
>
> Victim 17: Shut up. I was bussin off the perc. N****s used you. Ya entertaining, but I have

though.

REYES: I used you too. I got paid and I got laid. Want me to send you the videos? What am I cheating about bitch? You paid me. And fucked me with your friends.

Victim 17 is available to testify.

19.     In July 2023, Victim 4 was living with her family in New Hampshire in a stressful situation. Around that time Victim 4 reached out to Victim 17, a childhood friend. Victim 17 encouraged her to engage in commercial sex to make money. Victim 17 then gave REYES the contact information for Victim 4. Victim 4 stated that in July 2023, REYES called her and solicited and enticed her to come to Boston from New Hampshire to engage in commercial sex on his behalf. Victim 4 was 18 years old at the time and had an infant child. Victim 4 stated that REYES came to her home in New Hampshire and brought her and her infant to his apartment in Boston. Once in Boston, Victim 4 realized that she wanted to go home. REYES kept pressuring her to have sex with him for money, but Victim 4 refused. REYES also sent photos of Victim 4 to a potential sex buyer and pressured Victim 4 to engage in commercial sex for money. Eventually, REYES kicked Victim 4 and her infant out of his apartment because she refused to have sex with him or engage in commercial sex. Victim 4 is available to testify.

20.     Victim 3 testified that she met REYES through a mutual friend some time in summer of 2023. At the time Victim 3 met REYES, she was already engaged in commercial sex acts. This mutual friend introduced REYES as a person who could get "dates" for Victim 3. Victim 3 stated that REYES arranged three "dates" for her. Initially, REYES wanted most of the money from the date because he set up the date and drove Victim 3 to the date. Victim 3 eventually gave REYES 30-40% of the proceeds from each commercial sex transaction. Victim 3 is available

to testify.

21. In 2023, REYES sex trafficked Victim 6 by force, fraud, or coercion. Victim 6 was identified through a review of REYES' phone. In April 2023, Victim 6 told REYES that she did not want to engage in commercial sex anymore. For example:

> Victim 6: I told you… I'll show you a bag [of money], but I want to be with you and run it up anyway. But I don't want to be doing this, selling pussy. If we be serious, you should want to take me out of the game.
>
> REYES: I respect that. We going to work towards that. Because you're right, I don't want you in the game. And if anything, you can have the other shorty [another victim] doing it for you.

On May 12, 2023, text messages make clear that REYES is controlling the money that Victim 6 makes from commercial sex:

> Victim 6: Cashapp my mom 100 please. She asked for money earlier.
>
> REYES: WDF [what the fuck]. See what I mean, you get a few dollars, you just want to spend it as soon as you make it. Stay down until you come up.
>
> Victim 6: No, I made 1200 off one n***a and want to make sure my mom is okay. It's $100.
>
> REYES: You can't take care of others if you can['t] take care of yourself.
>
> Victim 6: I sold my ass for [it] dand she takes care of my kid. Least I can do.
>
> REYES: Yeah and you want to spend 400 on bullshit later, right?
>
> Victim 6: That's saving 700, spending 500… Boy, you're leaving me with nothing when

> we argue. So I want to make sure my people good. If I'm working and giving you everything else, [it's the] least you can do for me because the rest is yours anyways.

On May 18, 2023, Victim 6 confirmed that REYES beats her:

> Victim 6: I'm not forever. You tell me I could leave and you don't care lol. And you constantly calling me a ugly rat mole crackhead and beating on me. Calling me fat. That you own me like I'm nothing but a prostitute to you. Won't fuck me. Don't even make out with me… telling me you ain't doing shit for me like always.
>
> REYES: You stopped sharing your location.

Following this conversation, REYES argued with Victim 6 about her not sharing her location with REYES. Victim 6 repeatedly demonstrated that her location is shared with REYES. I believe that this demonstrates that REYES is controlling Victim 6's movement and coercing her into engaging in commercial sex.

22. Agents have identified and interviewed other victims who are not included in this affidavit.

## CONCLUSION

23. Based upon the foregoing, I submit there is probable cause to believe Orland REYES, a/k/a "Snow," attempted to engage in the sex trafficking of a minor child, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2), and 1594(a).

_____
E. Austin Wozniak
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

SWORN to before me telephonically in accordance with the requirements of Fed. R. Crim. P. 4.1 on  Aug 11, 2025  .        5:32 p.m.

_____
Hon. David H. Hennessy
United States Magistrate Judge