# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Boston  **Category No.** II  **Investigating Agency** ATF

**City** Boston
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  X
Magistrate Judge Case Number  25-4402-DHH
Search Warrant Case Number  23-4585-4588; 24-4064, 4355, 4356
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Orland Reyes   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: Snow
Address: Boston, MA; Puerto Rico
Birth date (Yr only): 1992   SSN (last 4#): 8071   Sex: M   Race: Hispanic   Nationality: USA

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Philip C. Cheng / Brian Fogerty   Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/11/2025   Signature of AUSA: /s/ Philip C. Cheng

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Orland Reyes

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. §§ 1591(a)(1), (b)(2), and 1594(a) | Attempted sex trafficking of a minor child | 1 |
| Set 2: | | |
| Set 3: | | |
| Set 4: | | |
| Set 5: | | |
| Set 6: | | |
| Set 7: | | |
| Set 8: | | |
| Set 9: | | |
| Set 10: | | |
| Set 11: | | |
| Set 12: | | |
| Set 13: | | |
| Set 14: | | |
| Set 15: | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013